The Sherwin-Williams Company, appellee, v. Dachel-Carter Shipbuilding Company, appellant. Gen. No. 27,916.

Action on note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed October 17, 1923.

Haight, Adcock, Haight & Harris, for appellant; Edmund D. Adcock, of counsel. Edward L. England, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

George E. Gundling, appellant, v. Jule Seeglitz and Otto E. Seeglitz, appellees. Gen. No. 27,951.

Bill to foreclose mechanic's lien on realty, on account of installation of a furnace. Bill dismissed. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed October 17, 1923.

Frisch & Frisch, for appellant; Douglas C. Gregg, of counsel. James O'Callaghan and Cyrus Heren, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

City of Chicago, appellant, v. John McErlane, appellee. Gen. No. 27,875.

Charge of operating taxicab in violation of ordinance requiring owner's name to be painted on rear door. Verdict of not guilty. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the third division of this court for the first district at the April term, 1922. Reversed and cause remanded. Opinion filed October 17, 1923.

Samuel A. Ettelson, Corporation Counsel, and Louis P. Piquett, Prosecuting Attorney, for appellant; Daniel Webster, Chief Assistant Prosecuting Attorney, of counsel. No appearance for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

W. E. Meyers, trading as W. E. Meyers & Company, plaintiff in error, v. Amanda Ackerlund and Leander Ackerlund, defendants in error. Gen. No. 27,888.

Action for real estate broker's commissions. Verdict for plaintiff by default. Error to the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and judgment here. Opinion filed October 17, 1923.

Bernstein, Zolla & Bernstein, for plaintiff in error; Aleck L. Bernstein and Charles Berger, of counsel. No appearance for defendants in error.

Mr. Justice Thomson delivered the opinion of the court.